IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 60 - GCM**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) LEBO'S SHOE STORE, INC., ) ) Defendant. ) ) | **ORDER** |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 6]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Thursday, September 13, 2007, at 11:00 a.m.**

IT IS SO ORDERED.

Signed: September 5, 2007

Graham C. Mullen
United States District Judge