IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 60 - GCM**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| LEBO'S SHOE STORE, INC., | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the court on its own motion. The Initial Pretrial Conference originally scheduled for September 13, 2007 is hereby re-scheduled for **Wednesday, October 10, 2007 at 10:00 a.m.** in Chambers.

IT IS SO ORDERED.

Signed: September 5, 2007

Graham C. Mullen
United States District Judge